UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,
         Plaintiff,

v.

GEORGE E. ALAKPA,
         Defendant.
---------------------------------------------------------------x

**ORDER**

19 Mag. 900

The defendant in the above-captioned matter having appealed pursuant to 18 U.S.C. § 3402 and Fed. R. Crim. P. 58(g)(2) from a Judgment of Magistrate Judge Martin R. Goldberg, dated February 10, 2020, and the appeal having been assigned to the undersigned, it is HEREBY ORDERED:

1. Defendant's appellate brief shall be filed by April 1, 2020.

2. The government's opposition brief shall be filed by May 1, 2020.

3. Defendant's reply brief shall be filed by May 22, 2020.

4. By May 22, 2020, the parties shall jointly prepare and submit the record of the underlying proceedings in accordance with Fed. R. Crim. P. 58(g)(2)(C).

Dated: February 21, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge